UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SEE BELOW | Date | October 26, 2015 |
|---|---|---|---|
| Title | CV 13-02939 SJO (JCx) Julie Horn v. Hot Topic Inc et al<br><br>CONSOLIDATED WITH CASES<br>CV 13-02941 SJO (JCx) Patrick Walton et al v. Hot Topic Inc et al<br>SA CV 13-00787 SJO (JCx) Nancy Davis v. Hot Topic Inc et al<br>CV 13-04153 SJO (JCx) Tarja Carter v. Hot Topic, Inc. et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding | | |
|---|---|---|---|
| Victor Cruz | Carol Zurborg | | |
| Deputy Clerk | Court Reporter | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Danielle S. Myers<br>Randall J. Baron<br>Betsy C. Manifold | Meryl L. Young | | |

**Proceedings:** MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AN AWARD OF ATTORNEYS' FEES AND EXPENSES [93]

Hearing held.

The Court reviews the procedural history.

Court and counsel confer.

The Court finds that the settlement sum is fair and reasonable and in the best interest of the class. The Court concludes that the request for expenses are fair and reasonable expenses. Accordingly, the Motion for final approval of Class Action Settlement is GRANTED.

The Court DENIES the request for an award of attorney's fees without prejudice. The Court instructs counsel to submit a declaration explaining in more detail the work that was done in reference to the litigation by the lawyers, the reasonable number of hours that have been expended.

| | : | 0/01 |
|---|---|---|
| | Initials of Preparer | vpc |